# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT NASHVILLE

### NOVEMBER 1998 SESSION

FILED

January 7, 1999

Cecil W. Crowson
Appellate Court Clerk

| | |
|---|---|
| **MARVIN K. MASSEY,** | ) |
| | ) C.C.A. No. 01C01-9711-CR-00520 |
| Appellant, | ) |
| | ) Davidson County |
| V. | ) |
| | ) Honorable J. Randall Wyatt, Jr., Judge |
| | ) |
| **STATE OF TENNESSEE,** | ) (Post-Conviction) |
| | ) |
| Appellee. | ) |

FOR THE APPELLANT:

Thomas Edward Nelson
211 Third Ave., N.
Nashville, TN   37201

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter

Kim R. Helper
Assistant Attorney General
Criminal Justice Division
425 Fifth Avenue North
Nashville, TN 37243-0493

Victor S. (Torry) Johnson III
District Attorney General

Lila Statom
Assistant District Attorney General
Washington Square, Suite 500
222 Second Ave., N.
Nashville, TN   37201-1649

ORDER FILED: _____

**AFFIRMED PURSUANT TO RULE 20**

**PAUL G. SUMMERS,**
Judge

# O R D E R

The petitioner pled guilty to second-degree murder in exchange for a twenty-two year sentence. No direct appeal was taken. The petitioner subsequently filed the instant petition alleging that he received ineffective assistance of counsel. After a hearing the trial court denied relief, finding that the petitioner received "sound advice from counsel [and] detailed instruction by the Court."

Upon our review of the record, we find that the evidence does not preponderate against the trial court's findings. We further find that no error of law requiring reversal or other action is apparent on the record. Accordingly, the judgment of the trial court is affirmed in accordance with Rule 20 of the Court of Criminal Appeals of Tennessee.

It is so ordered.

_____
PAUL G. SUMMERS, Judge

CONCUR:

_____
JOE G. RILEY, Judge

_____
L. T. LAFFERTY, Senior Judge